IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TRAXXAS, L.P.,<br><br>*Plaintiff*,<br><br>v.<br><br>SHANTOU CHENGHAI WEILI TOYS INDUSTRIAL CO., LTD.,<br><br>*Defendant*. | Civil Action No. 4:14-cv-614-ALM<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF TRAXXAS, L.P.'S STATUS REPORT**

Pursuant to the Court's June 3, 2019, Order (Doc. No. 20), Plaintiff Traxxas, L.P. ("Traxxas") respectfully submits this Status Report informing the Court as follows:

This is a design patent infringement case in which Traxxas has sued Defendant Shantou Chenghai Weili Toys Industrial Co., Ltd. ("WL Toys"), which is located in Mainland China. Doc. No. 1. The undersigned firm appeared in this matter on March 14, 2019. Doc. Nos. 14-17. Prior to the undersigned firm's appearance in this matter, Traxxas unsuccessfully attempted to serve WL Toys through the Hague Convention. Doc. No. 13. Having conducted factual and legal research into the circumstances surrounding Traxxas' unsuccessful attempt to serve WL Toys, Traxxas intends to move for alternative service.

Dated: June 13, 2019

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@bdavisfirm.com
Christian J. Hurt
Texas State Bar No. 24059987
churt@bdavisfirm.com

Edward Chin (Of Counsel)  
Texas State Bar No. 50511688  
echin@bdavisfirm.com  
Debra Coleman (Of Counsel)  
Texas State Bar No. 24059595  
dcoleman@bdavisfirm.com  
**The Davis Firm, PC**  
213 N. Fredonia Street, Suite 230  
Longview, Texas 75601  
Telephone: (903) 230-9090  
Facsimile: (903) 230-9661  

*Counsel for Plaintiff Traxxas, L.P.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this June 13, 2019, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ William E. Davis, III  
William E. Davis, III